Judge

United States Courts
Southern District of Texas
FILED

MAR 1 4 2023

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTERN DISTRICT OF TEXAS
HOUSTON DIVISION

MATTHEW SCOTT DOWELL                    )
(BOP # 22131-041                        )
    Plaintiff;                          )
                                        )
v.                                      )
H. Kobayashi, FDC Warden;               )
LT Standley, Special Housing unit       )
LT; LT Brown, LT at FDC; LT Thomas;     )
LT at FDC Houston; LT Zarate, LT at     )
FDC Houston;                            )

Case No. _____

Bivens Action

Trial by jury demanded

COMES NOWY MATTHEW SCOTT DOWELL (BOP # 22131-041), Plaintiff Pro Se, Who presents the following Bivens Action and claim for Declaratory and comensatory damages as follows:

## I. Introduction

1. this action before the court, a lawsuit involving the administration of the federal detention center Houston ("FDC") (a prison facility of the bureau of prisons.).

2. this complaint alleges that the LT's of the facility have been placing the plaintiff with other inmates who have violent histories and the plaintiff has a history of violent acts commited against him.due to his criminal chargesaand that the administration of the FDC has not taken nesse nessasary steps to ensure the plaintiffs protection and well being. infact the LT's have done the opposite by placing the plaintiff with inmate with the hopes that the plaintiff will get assaulted and even hinted at such. where as it is the Facilities duty to prevent inmate-on-inmate violence the FDC has failed to take nessasary steps to prevent this. the plaintiff is filing thieslawsuit under supreme court decision (Farmer v Brennan, 511 U.S. 825, 114 S.Ct 1970, 128 L.ED.2d 811 (1994)).

## II. PARTIES

Plaintiff:
3. MATTHEW SCOTT DOWELL ("Plaintiff") is currently detained in the federal detention center ("FDC") at all times relevant to this action, Plaintiff was housed at FDC 1200 Texas Ave Houstonm TX 77002 since Oct 2019 where he currently resides.

Defendants:

4. Defendant H. Kobayashi ("Warden Kobayashi") at all times relevant to this action was/is employed as warden at the FDC, Charged with the custody and care of the plaintiff. Warden Kobayashi is the facilities highest authorit responsable for the appointment, employment, and oversight of the facilityes operations generally. warden kobayashi is the final appellate authority over inmate institutional greivance's and concerns. at all times relevant to this complaint. Warden Kobayashi acted under the colors of federal law he is hereby sued in his individual capacity, jointly and severally for those acts and ommisions described fully below

1 - 5

5. Defendant, LT Standley, at all times relevant to this action was/is employed at the FDC as the Special Housing unit LT. LT standley acted under the color of federal law. he is hereby sued in his individual capacity jointly and severally for those acts and ommisions described fuilly below.

6. Defendant LT Brown, at all times relevant to this action was/is employed as LT at the FDC. LT Brown acted under the colors of federal law. she is here by sued in her individual capacity jointly and severally for those acts and ommisions described fully below.

7. Defendant LT Thomas at all times Relevant to this action was/is employed as SIS LT at FDC. LT Thomas is Charged with conducting inviestigations and issuing protective custodyyrequests. LT Thomas acted under the color of federal law. he is hereby sued in his individual capacity jointly and several for those acts and ommisions described fully below.

8. Defendant LT Zarate, at all times relevant to this action was/is employed as a LT at FDC. LT Zarate acted under the colors of federal law. he is hereby sued in his individual capacity joinly and severally for those acts and ommisions described fully below.

### III. JURISDICTION

9. Jurisdiction is asserted and pursuant to the united states constitution and bivens to address the deprivation of those rights secured by the united states constitution, deprived by the persons acting under the colors of feder law. the court has jurisdiction over these matters.

### IV . PREVIOUS LAWSUITS

10. Plaintiff has filed 1 civil suit currently pending 4:22-cv-4486, there have been no previus litigation regarding any ofgthese issues described in thercomplaint.

### V. Statement of facts

11. On June 24 2022 Plaintiff was sent to the Special housing unit pending investigation at which time he requested Protective Custody from LT Zarate because the Plaintiff feared for his life. LT Zarate told the Plaintiff that this facility does not effer protective custody. where over the course of 8 months the plaintiff has suffered multiple injuries caused by other inmates assaulting the plaintiff while housed with the plaintiff in the SHU. Plaint Plaintiff also requested Protective custody from LT Thomas who is in charge of SIS department but he said to the plaintiff"" we dont give chomo's protective custodyyand if you get your ass beat because of your charged it is what you deserve". the plaintiff has had over issues regarding LT Thomas in the past where LT thomas assaulted the Plaintiff and an investigati was launched into the matter during the course of that investigation LT thoma took Retalitory actions against the Plaintiff.

12.                                    2 - 5⁵

12. an incident occuring on Sep 21 2022 caused plaintiff sever bloodloss and xrays of his facial area. Plaintiff was covered in blood and pictures were taken by SIS Officer. after the incident occured. this matter could have been prevented had the plaintiff been placed on protective custody as he had requested. the inmate whoiassaulted the plaintiff was named Donald Shibleyy and had many tattoo's marking him as a white supremacy gang member with "Lighting bolts " and " Swazticas" shibley was place in fdc pending a mental eval./he had assaulted the plaintiff because the Plaintiff's co co-defiendant Chris MainTosh told inmate shibley that trhe plaintiff was in for RapingnLittle boys in an attempt to inflame Shibley into assaultingemae the Plaintiff. under case (Hamilton V Leavy, 117 F.3d 742(3rd Cir 1997)) (prisoner alleged viable 8th ammendment claim under farmer v brennan when prison officials failed to take necessary steps because prisoner had a institutional reputation as a "Snitch" and a historyyof violent acts against him)

13. after this incident the plaintiff states to officer castro and officer sanchez that he was once again asking for protective custody and officer castro had said to let LT Standley know. the next morning i asked LT Standleyy for protrective custody but he said " we dont do that dowell"your going to get a cellie" and then placed an inmate named andrew sanchez in a cell with me who is a blood gang member. on oct 09 2022 inmate sanchez assaulted the plaintiff because he was about to go homenon bond and that the plaintiff was a "bitch ass chomo" during the incident plaintiff tried to protect himself officer mcCullar came to the cell after hearing shouts and witnessed inmate Sanchez Stomp on plaintiff head then sprayed both with mace spray. (Cantu v Jones, 292 F.3d 981 (7th Cir 2002) Prison officials must take measures to prevent inmate - on - inmate violence.)

Calderon-Ortiz V Laboy-Alvarado, 300 F.3d 60 (1st Cir 2002) Prison official must take measures toi prevent inmate-on-inmate violence)).

15. after this incident plaintiff once again asked for protective custodyy but was once again denied and forced to cell with a "PECKER WOOD" gang member during this time plaintiff was often extorted for his food tray and threatened with violence with no way to descreetly report these issues. LT Thomas came by and asked the plaintiff "Has he beat your ass yet" insinuating thats why the plaintiff was placed withhthis inmate.

16. after inmateeburke went back to general population i was placed with another cell with a guyywho turned out to be a convicted cartel member. named jose. who tried to fight me after another inmate infoirmed jose of my charges. officer McCullar walked by as inmate jose was taking off his shirt getting ready to assault me and pulled inmate jose out of the cell. however if Officer McCullar didnt arrive when he did i would have been assaulted again.

17. after moving jose out LT Brown placed me in a cell with another guy who was a convicted cuban mafia andfis in the shu from bouemont because he had assaulted 2 guards and multipleeinmates and is on LT Hold. LT Brown knew this inmate posed a high risk of harm to me yet placed me with him anyways. again after some time passed someone told him the plaintiffs charges and he requested the guard tpomove him else he was going to beat me up.

18. with the exception of Shibley and sanchez all inmates ive been placed with have been convicted inmates and per BOP policy convicted inmates are not suppost to be housed with pretrial detainees. further more because of plaintiffs criminal charges and the history of violent acts against him the facilityeis charged with the duty tootake necessary steps to prevent-inmate-on-inmate violence and to ensure plaintriffs safety as per the caselaw cited above.

19 as a result with being placedwith dangerous inmates and the facilities inability to ensure the plaintiffs safety and purposefully placing the plaintiff in harms way bydplacing plaintiff with inmates who pose a substantial risk of harm to him and place the plaintiff in imminent danger plaintiff has been injuried multiple times severly and continued to be under threat causing the plaintiff sever mental and emotional stress, and trama.

20. durting the weekly mainline walkthrough plaintiff spoke with warden kobayashi about this matterr and how it poses a substantial risk of harm an warden kobayashi said the facility does not offer single cell housing because of the high rate of suicide and refused tooeven look into the matter claimed i have to follow bop policy even if it poses a high risk of harm to me.

21. due to the refusal and deliberate indifference to this matter the plaintiff has suffered multiple injuries that could have been avoided and continues to be exposed to substantial risk and plaintiff remains under imminent danger and fears for his lifee

22. Defendants Kobayashi, Standleyy Brown, Thomas, Zarate were all aware of the plaintiffs charges and the violent historyyagainst the plaintiff but deliberately with Malice placed the plaintiff in harms way repeatedly which was out the limits of professional standards the defendants were deliberately indifferent to the harm the plaintiff was placed in which led to the plaaintiff being harmed multiple times by other inmates and continues to be placed with inmates who have violent histories in violation of the 8th ammendment prohibiting cruel and unsual punishment and backed uppby supreme court ruleing Farmer V Brennan, 511 U.S. 825, 114 S.Ct 1970, 128 L.ED. 811 (1994)

## VII. EXSAUSTION OF ADMINISTRATIVE REMEDY

23. Plaintiff files this complaint without filing administrative remedy due to serious risk is inevitable exception. (Helling V. MCKinney 509 U.S. 25, 34-35, 113 S.Ct 2475, 125 L.Ed2d 22 (1993) (to state a claim of cruel and unsual punishment, prisoners need not wait for a deprivation or injury to occur if it can be showm thaatserious risk is inevitable).

## VIII PRAYER FOR RELIEF

24. Issuing declaratory relief, declaring that the acts and ommisioons of the defendants have violated the plaintiffs rights and stating the defendants d duties with respect for those rights.
25. Awarding the Plaintiff with compensatory damages for the unnecessary pain and suffer he has faced in the amount as yet to be deduced from evidence but in aoeeventanoamount less then $100,000.00

26. any other releif the court deems just and proper
27. trial by jury demanded on all claims alleged and herein, and the parties are hereby given notice, pprsuant to Fed. R. Civ. P 38(a)-(c).

Respectfully Submitted on this day 16 day of _Fe B___, 202 3

*Matthew Dowell*
Matthew Scott Dowell

## IX VERIFICATION

Pursuant to 28 USC 1746, I Matthew Scott Dowell Declare and Verifyy under the penalty of perjury under the laws of the united states of america that i have read the foregoing and that it is true and correct to the best of my knowledger and belief.
]
dated this __1h__ day of _Fe B_____, 202 3

*Matthew Powell*
Matthew Scott Dowell

5 -5

Matthew Dowell 22131041
Federal Detention Center
P.O. Box 526255
Houston, TX 77012



United States District Clerks office
P.O. Box 61010
Houston, TX 77208-1010

United States Courts
Southern District of Texas
FILED

MAR 1 4 2023

Nathan Ochsner, Clerk of Court

(Legal Mail)   Already Sent in outgy mail
3-7-23, 12:8

(Legal Mail)