**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

RECEIVED
UNITED STATES MARSHAL
2023 AUG 14 PM 2:27
SOUTHERN DIST. S/TX

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Matthew Scott Dowell | 4:23-cv-1038 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Kobayashi et al | Order for Service of Process |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Lt Zarate, LT at FDC

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Federal Detention Center, 1200 Texas Avenue, Houston, TX 77002

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| **United States Courts**<br>**Southern District of Texas** | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,* *All Telephone Numbers, and Estimated Times Available for Service):*

Nathan Ochsner
Clerk of Court
P. O. Box 61010
Houston, TX 77208

FILED
AUG 2 1 2023

Nathan Ochsner, Clerk of Court

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br><br>713-250-5500 | DATE<br><br>8/14/2023 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>20f5 | District of Origin<br>No. F79 | District to Serve<br>No. F79 | Signature of Authorized USMS Deputy or Clerk | Date<br>8/14/23 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>8-16-2023 | Time<br>12:52 | ☐ am<br>☒ pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

Form USM-285
Rev. 03/21