United States Courts
Southern District of Texas
FILED

JAN 08 2024

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Matthew S. Dowell          )          Case No: 4:23-cv-01038
    Plaintiff,              )
                             )          Notice of Motion for Default
Vs                          )          Judgement Pursuant to:
                             )          Fed.R.Civ.P. 55(d)
                             )
Warden H. Kobayashi, Et al, )
    Defendants,             )

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

1. The Plaintiff, Matthew S.DDowell, seeks entry of Default Pursuant to: Federal Rules of Civil Procedure 55(d) against ___LT Zarate___ on the grounds that the Defendants has failed to respond,,defend or answer said complaint in this action.

2. The Plaintiff, moves this Honorable Court Clerk for an Entry of Default in the amount of$50,0000compensatory and$50,000 Punitive Damages and the cost of suit in the amount of $100,000.00,the costs of suit, filing fees and the cost to litigate the above entitled action.

3. This Honorable Court had issued a Order on Aug 21/2023 and the Defendant has failed to file an appearance in the above entitled action as of the date of this motion.

4. the Plaintiff has given the Defendant 60 days past the Required timeline to respond, defend or answer the said complaint pursuant to the rules of the court in which the united states had 60 days to answer said complaint.

-1-

WHEREFORE, THE Plaintiff, Matthew S. Dowell moves this Honorable Court Clerk to issue a "Judgement by Default" for the foregoing statements made above and for any other relief that this Honorable Court Clerk may deem fair and correct.

## DECLARATION IN SUPPORT OF RELIEF

, I, certify and state that the foregoing statements made by me are true and correct to the best of myyknowledge and beliefs, pursuant to the penalties of perjury and 28 U.S.C §1746.

Dated: December 5t2023

Respectfully submitted,

Matthew S. Dowell #22131-041
USP Marion, P.O Box 1000
Marion, IL 62959

-2-