United States District Court
Southern District of Texas
**ENTERED**
April 03, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW SCOTT DOWELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-cv-1038 |
| | § | |
| WARREN H. KOBAYASHI, *et al.*, | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION FOR ENTRY OF DEFAULT

Matthew Scott Dowell filed a civil rights complaint. All defendants except Lieutenant Thomas were served with a summons and complaint in August 2023. None of the served defendants has yet answered the complaint.

On January 8, 2024, the plaintiff filed a motion seeking entry of a default judgment against the served defendants. On February 20, 2024, this Court entered an Order to Show Cause directing these defendants to show cause within ten days why a default judgment should not be entered against them. (Docket Entry No. 38). None of the defendants has not responded to the order. Accordingly, the motion for entry of default (Docket Entry No. 37) is **GRANTED**, and judgment is entered against all defendants except Lieutenant Thomas. The question of damages due to the plaintiff, if any, will be determined at a later date.

SIGNED at Houston, Texas on April 2, 2024



ALFRED H BENNETT
UNITED STATES DISTRICT JUDGE