**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MATTHEW SCOTT DOWELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL NO.  4:23-cv-1038 |
| | § | |
| WARREN H. KOBAYASHI, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## MOTION TO RECONSIDER

Defendants, federal employees, move this Court for reconsideration of its April 2, 2024 Order Granting Motion for Entry of Default (Dkt. 44). In support of said motion, defendants state as follows:

1. Plaintiff filed this suit on March 14, 2023 against employees of the Bureau of Prisons. Dkt. 1.

2. The procedures for serving a complaint in federal court are set forth in Rule 4 of the Federal Rules of Civil Procedure. To serve a United States employee sued in his or her official capacity, Federal Rules of Civil Procedure 4(i)(1)(A) and (i)(2) require that a copy of the summons and the complaint be served on the United States Attorney's Office for the district in which the action is brought.

3.  Service of process was made on the employees of the United States named as defendants in this action (Dkts. 25-28)[1], however, no attempt was made to serve the United States Attorney for the Southern District of Texas.

4.  On February 20, 2024, this Court entered an Order to Show Cause as to why the federal defendants have not answered the Complaint. Dkt. 38.

5.  This Court's April 2, 2024 Order states that the defendants have been served and that they did not respond to the Order to Show Cause. Dkt. 44.

6.  However, the United States Attorney's Office became aware of the Order to Show Cause on April 1, 2024 and promptly filed a Notice of Non-Service, informing the Court that the defendants have not been properly served pursuant to FRCP(4)(i). Dkt. 43.

7.  Furthermore, the undersigned attorney, out of an abundance of caution, also sent correspondence on April 1, 2024 to this Court's case manager informing the Court that defendants had filed the Notice of Non-Service in response to the Order to Show Cause.

8.  As of April 3, 2024, the United States Attorney's Office has not been served.

Accordingly, the defendants respectfully request that the Court reconsider its April 2, 2024 Order Granting Motion for Entry of Default and instruct the Plaintiff to properly serve the defendants pursuant to FRCP 4(i).

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

---

[1] Defendant Lieutenant Thomas was not served with a summons and complaint.

By: */s/ Christina Cullom*
Christina Cullom
Assistant United States Attorney
Attorney in Charge
Southern District No. 3825236
Texas Bar No. 24122806
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9962
Fax: (713) 718-3303
E-mail: Christina.Cullom@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on April 3, 2024, the foregoing was filed and served on plaintiff through the Court's CM/ECF system and mailed to the following address:

Matthew Scott Dowell
22131-041
USP Marion
PO Box 1000
Marion, IL 62959

*/s/ Christina Cullom*
Christina Cullom
Assistant United States Attorney